# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Tempe, et al., | No. CV-22-01279-PHX-MTL |
| Plaintiff, | Consolidated with |
| v. | No. CV-22-01291-PHX-JJT |
| Kenneth K Losch, | **ORDER** |
| Defendant. | |

The Court has reviewed the Motion to Consolidate the matters listed above (Doc. 10; Doc. 4 in 2:22-cv-01291-PHX-JJT). Because the issues presented in both matters are identical, the Court agrees that consolidation is appropriate.

**IT IS THEREFORE ORDERED** the Motion to Consolidate is **GRANTED**. The action *City of Tempe, et al., v. Losch*, No. 2:22-cv-01279-MTL shall be consolidated with *City of Tempe v. Graystar Investments LLC*, et al., 2:22-cv-01291-PHX-JJT, for all further proceedings. Going forward, all filings in the consolidated cases shall be bear the lead case number 2:22-cv-01279-PHX-MTL.

Dated this 2nd day of August, 2022.

Michael T. Liburdi
United States District Judge