# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

City of Tempe, et al.,

Plaintiff,

v.

Kenneth K Losch,

Defendant.

No. CV-22-01279-PHX-MTL

Consolidated with

No. CV-22-01291-PHX-JJT

**ORDER**

Pursuant to the Parties' stipulation (Doc. 8) and good cause appearing,

**IT IS ORDERED**:

1. Plaintiff's Application for Writ of Attachment, Writ of Garnishment and Registration of Judgment, filed in Case No. CV-22-01279-PHX-MTL, (Doc. 1) shall be and is deemed withdrawn for all purposes;

2. The Application shall no longer serve as any basis for the Clerk of the Court to delay remitting to Kenneth Losch the sum of Five Hundred Thousand Dollars ($500,000), plus any accrued interest, held by the Clerk of the Court in CR-19-00294-PHX-MTL as ordered by the Court at CR-19-00294-PHX-MTL, Docket No. 307;

3. Promptly upon Kenneth Losch's receipt of the check from the Clerk of the Court as described in the preceding paragraph, Kenneth Losch shall endorse and present the check payable to the Stein and Stein, P.C. Trust Account in care of attorney Henry M. Stein, 2826 South Carriage Lane, Suite 100, Mesa, Arizona 85202 ("Stein");

4. Within five (5) business days of the Clerk of the Court's payment having

cleared and become available for disbursement from Stein's trust account, Stein shall remit the sum of Two Hundred Fifty-Four Thousand Eight Hundred Forty-Four Dollars and Ninety Cents ($254,844.90) payable to the Clerk of the Maricopa County Superior Court to serve as a supersedeas bond for Defendant Kenneth Losch in Maricopa County Case Number CV2019-005406;

5. Stein may release the balance of the funds to Defendant Kenneth K. Losch;

6. Both actions in this consolidated case, No. CV-22-01279-PHX-MTL and No. CV-22-01291-PHX-JJT, are dismissed with prejudice, each party to bear its/his own attorney's fees and costs. All deadlines and hearings, including the Show-Cause hearing set for today, August 3, 2022, at 3:00 p.m., are hereby vacated.

7. The Clerk of Court is kindly instructed to close this consolidated case.

Dated this 3rd day of August, 2022.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge

cc: Finance

- 2 -